# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| v. | : Case No. 13-4034 |
| | : |
| **DANIEL MCRAE** | : |
| | : |
| **Defendant** | : |

## STATUS REPORT REGARDING STAYED APPEAL

Comes now, Daniel McRae, by and through counsel, Andrew R. Szekely, The Law Offices of Andrew R. Szekely, LLC, and respectfully submits this status report regarding this stayed appeal.

On February 26, 2013, this Court issued an order staying this appeal pending proceedings in the District Court pursuant to Fed.R.App.P. 10(c). That order required the undersigned to file status reports every 30 days regarding the District Court proceedings. On March 22, 2013, the undersigned filed a Proposed Statement of Evidence in the District Court. The Government opted to not file any response to Mr. McRae's Proposed Statement of Evidence. To date, the District Court has not issued its findings of fact regarding the non-recorded sentencing hearing. Another status report will be filed within the next 30 days.

Respectfully submitted,

__/s/_____
Andrew R. Szekely
The Law Offices of
Andrew R. Szekely, LLC
6301 Ivy Lane, Suite 419
Greenbelt, MD 20770
301-358-1048

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, the foregoing Status Report was sent via ECF to James Crowell, IV, Esq., Office of the United States Attorney.

_____/s/_____
Andrew R. Szekely